IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JUSTIN MICHAEL ISAAC                                                                                      PLAINTIFF

v.                                          Case No. 4:24-cv-00240-KGB

FREEDOM MORTGAGE CORPORATION                                                          DEFENDANT

## ORDER

Plaintiff Justin Michael Isaac filed this action *pro se* on March 13, 2024, and filed a motion to proceed in district court without prepaying fees or costs (Dkt. Nos. 1; 2). In an Order dated September 3, 2024, the Court denied without prejudice Mr. Isaac's initial motion to proceed in district court without prepaying fees or costs and gave Mr. Isaac 30 days to file a new application (Dkt. No. 14). In an Order to show cause filed February 24, 2025, this Court denied Mr. Isaac's second application to proceed in district court without prepaying fees or costs and a writ of appeal of the Court's Order denying his first application to proceed in district court without prepaying fees or costs, which the Court treated as a motion for reconsideration (Dkt. No. 17). The Court ordered Mr. Isaac to, within 21 days of the entry of the Order, either: (1) pay the $405.00 filing fee in full or (2) file a properly completed application to proceed in district court without prepaying fees or costs for the Court's review and consideration. The Court cautioned Mr. Isaac that if he failed to pay the filing fee or submit a properly completed application within 21 days, this action would be dismissed without prejudice (Dkt. No. 17, at 2). *See* Local Rule 5.5 of the United States District Court for the Eastern and Western Districts of Arkansas.

As of the date of this Order, Mr. Isaac has not complied with or otherwise responded to the Court's February 24, 2025, Order, and the time for doing so has passed. Accordingly, Mr. Isaac's complaint is dismissed without prejudice for failure to prosecute (Dkt. No. 1), and the pending

motion to dismiss is denied as moot (Dkt. No. 7).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

It is so ordered, this 19th day of March, 2025.

_____
Kristine G. Baker
Chief United States District Judge