IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JUSTIN MICHAEL ISAAC**                                                                               **PLAINTIFF**

v.                                        **Case No. 4:24-cv-00240-KGB**

**FREEDOM MORTGAGE CORPORATION**                                  **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Justin Michael Isaac's complaint is dismissed without prejudice for failure to prosecute (Dkt. No. 2). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 19th day of March, 2025.

_____
Kristine G. Baker
Chief United States District Judge